990

No. 896, Misc. ELKSNIS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1021, Misc. ASPEITIA *v.* LLOYD, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 1022, Misc. SHERLOCK *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1028, Misc. TRUAX *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 1039, Misc. McGINNIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Ernest S. DeLaney, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1048, Misc. BRADLEY *v.* PRESTON ET AL. C. A. D. C. Cir. Certiorari denied. *David I. Shapiro* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent United States.

No. 1051, Misc. HERNANDEZ *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1064, Misc. BRIGGS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Michael F. Dillon* for respondent.

No. 1076, Misc. JOHNSON *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied. *C. Paul Jones* for petitioner.